UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FORD,<br><br>        Plaintiff,<br><br>-against-<br><br>THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NY a/k/a NYCBOE, NYCDOE,<br><br>        Defendants. | 1:19-CV-6327 (CM)<br><br>ORDER |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated November 6, 2019, the Court granted Plaintiff, who appears *pro se*, leave to file an amended complaint within 60 days of the date of that order. On January 3, 2020, the Court received from Plaintiff a letter requesting an extension of time to comply with that order. (ECF 6.) The Court grants Plaintiff a 60-day extension of time to comply with the Court's November 6, 2019 order.

  The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

  If Plaintiff fails to file an amended complaint within 60 days of the date of this order, the Court will dismiss this action for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 8, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge