```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIAN FORD

                        Plaintiff,                    19-CV-6327 (AJN)(KHP)

     -against-                                   **ORDER**

THE NEW YORK CITY BOARD OF EDUCATION AND
CARMEN FARINA

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **August 31, 2020** Plaintiff shall file a letter with the Court updating the Court on the status of service of the complaint on Defendants.

**The Clerk of Court is requested to mail a copy of this order to the Pro Se Plaintiff.**

Dated: New York, New York
       July 30, 2020

                                          SO ORDERED.

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge