```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIAN FORD

                          Plaintiff,                              19-CV-6327 (AJN)(KHP)

          -against-                                   **ORDER**

THE NEW YORK CITY BOARD OF EDUCATION AND
CARMEN FARINA

                          Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the July 30, 2020 conference, Plaintiff is ordered to formally serve the Complaint on the New York City Law Department at **100 Church Street, New York, New York 10007** as representatives of the Department of Education. The Marshalls are directed to assist in serving the Complaint despite the prior failed attempt to serve the Complaint. As a reminder, Plaintiff shall file a letter with the Court updating the Court on the status of service of the Complaint by **August 31, 2020**.

      **The Clerk of Court is requested to mail a copy of this order to the Pro Se Plaintiff.**

Dated: New York, New York
       August 24, 2020

                                          SO ORDERED.

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge