```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BRIAN FORD,                                                       :
                                                                  :
                          Plaintiff,                              :
                                                                  :     19-CV-6327 (JPC) (KHP)
         -v-                                                      :
                                                                  :     NOTICE OF
THE NEW YORK CITY BOARD OF EDUCATION, *also*                      :     REASSIGNMENT
*known as* THE DEPARTMENT OF EDUCATION, and                       :
CARMEN FARINA, *in her official capacity as*                      :
*Chancellor*,                                                     :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     This case has been reassigned to the undersigned.  **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any conference or oral argument before the Magistrate Judge will proceed as ordered.

     Pursuant to the Court's Individual Rules and Practices for *Pro Se* Litigants, all communications with the Court by a *pro se* party should be mailed to the *Pro Se* Intake Unit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007.  No documents or court filings should be sent directly to Chambers.  Copies of

correspondence between a *pro se* party and counsel shall not be sent to the Court.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 19, 2020  
       New York, New York

                                          JOHN P. CRONAN  
                                      United States District Judge