

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/20/2020__

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Nicholas Green**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2445
nigreen@law.nyc.gov

October 19, 2020

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

# MEMO ENDORSED

Re:  Brian Ford v. The New York City Board of Education, et al.
      Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for Defendants in the above referenced action. Defendants write to seek an adjournment of the initial conference currently scheduled for October 22, 2020 to December 7, 2020, December 8, 2020 or a date more convenient for the Court. This is Defendants' first request of an adjournment of the initial conference, and Plaintiff has consented to this request with the understanding that should Plaintiff require an extension in the future Defendants will extend the same courtesy. This request will not affect any other deadlines in this matter.

Defendants mailed consent to the service of the summons and complaint by the US Marshals Service as of October 1, 2020. Accordingly under the December 30, 2013 standing order of the Court Defendants time to respond to the Complaint will not expire until November 30, 2020. Defendants believe that it will serve the interests of the parties and judicial economy to schedule the conference for a time following Defendants' response, at which time the parties will be better prepared to address the needs of discovery and the initial conference could potentially be consolidated with Defendants' anticipated request for a pre-motion conference. Accordingly, Defendants respectfully request that the initial conference in this matter be adjourned to December 7, 2020, December 8, 2020 or a date more convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Nicholas Green*
Nicholas Green
Assistant Corporation Counsel

cc:    Brian Ford (via regular mail and electronic mail)
        Plaintiff Pro Se
        19 West 110th Street, #45
        New York, New York 10027
        (646) 713-8285
        bpford1@gmail.com

**The telephonic Initial Case Management Conference scheduled for Thursday, October 22, 2020 at 12:45 p.m. is hereby rescheduled to <u>Tuesday, December 8, 2020 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**
<u>**The Defendant is directed to email the Plaintiff a copy of this endorsement,**</u>
<u>**The Clerk of Court is requested to mail a copy of this endorsement to the Plaintiff.**</u>

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**10/20/2020**