```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BRIAN FORD

                        Plaintiff,                        19-CV-6327 (JPC) (KHP)

      -against-                                **ORDER**

THE NEW YORK CITY BOARD OF EDUCATION
(a/k/a THE DEPARTMENT OF EDUCATION) and
CARMEN FARINA, IN HER OFFICIAL CAPACITY AS
CHANCELLOR

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Consistent with the telephone conference held yesterday in the above-captioned action, Plaintiff will have until **January 8, 2021** to file an Amended Complaint. As discussed, Plaintiff shall provide additional facts and dates clarifying why he believes he has colorable claims under the various statutes.

Defendants will then have until **January 22, 2021** to file a letter to Judge Cronan. The letter must indicate whether Defendants, after reviewing the Amended Complaint, intend to file an Answer or seek to move to dismiss the Amended Complaint. If the Defendants choose to move to dismiss the Amended Complaint, the January 22 letter must request a pre-motion conference in accordance with Judge Cronan's individual rules. If Defendants choose to file an Answer, such Answer will be due by **February 5, 2021**. In any event, Defendants shall file a status letter with the Court by **February 26, 2021** to update the Court on the status of the case. **Defendants' application to stay discovery in this case is GRANTED through February 26, 2021.**

<u>**The Court respectfully requests that the Clerk of Court mail a copy of this Order to the pro se Plaintiff.**</u>

2

**SO ORDERED.**

Dated: New York, New York
       December 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge

2