

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas Green
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2445
nigreen@law.nyc.gov

January 20, 2021

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

01/20/2021

    Re:  Brian Ford v. The New York City Board of Education, et al.
          Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for Defendants in the above referenced action. Defendants write to respectfully request a two-week extension of their time to submit a pre-motion letter in response to Plaintiff's Amended Complaint, from January 22 to February 5, 2021. This is Defendants' first request of an extension of time to respond to the Second Amended Complaint, and this request will not affect any other deadlines in this matter. Plaintiff has indicated his consent to Defendants' request is conditional upon his receiving an opportunity to further amend the complaint. Defendants have represented that they would consent to an amendment of the Second Amended Complaint prior to Defendants' submission of a pre-motion letter in response to the Second Amended Complaint should Plaintiff write to the Court seeking leave to amend.

       Plaintiff filed a Second Amended Complaint[1] on January 8, 2021. See ECF Dkt. No. 38. This additional time is necessary in order to investigate and adequately respond to the allegations in the Second Amended Complaint. Plaintiff's Second Amended Complaint is approximately eighty eight pages long, containing new factual claims and references to external documents which Defendants will require additional time to review. In addition, as Plaintiff has indicated he may seek to further amend the complaint, this extension may serve the interests of both parties and judicial economy by obviating the need for motion practice which may become moot. Accordingly, Defendants respectfully request that their time to submit a pre-motion letter

---

[1] Although this is the Second Amendment to Plaintiff's Complaint, Plaintiff has titled his operative complaint as the Amended Complaint.

in response to Plaintiff's Second Amended Complaint be extended from January 22 to February 5, 2021.

    Thank you for your consideration of this request.

                     Respectfully submitted,

                     */s/ Nicholas Green*
                     Nicholas Green
                     Assistant Corporation Counsel

cc:  Brian Ford (via ecf)
    Plaintiff Pro Se
    19 West 110th Street, #45
    New York, New York 10027
    (646) 713-8285
    bpford1@gmail.com