

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Nicholas Green<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2445<br>nigreen@law.nyc.gov |

April 2, 2021

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

        Re:   Brian Ford v. The New York City Board of Education, et al.
               Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for Defendants in the above referenced action. Defendants write to respectfully request a one week extension of time to file Defendants' motion to dismiss from April 6 to April 20, 2021. This is Defendants' first request of an extension of time to file their motion, and Plaintiff has consented to this request. Defendants propose an updated briefing schedule in which Plaintiff's opposition to Defendants' motion is to be filed by May 20, 2021 and Defendant's reply is to be filed by June 3, 2021.

       This additional time is necessary in order to finalize Defendants' motion in light of obligations of counsel for Defendants' in other matters including an upcoming trial before the State Division of Human Rights. Accordingly, Defendants respectfully request that their time to file Defendants' motion to dismiss be extended from April 6 to April 20, 2021.

       Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                */s/ Nicholas Green*
                                                Nicholas Green
                                               Assistant Corporation Counsel

cc:    Brian Ford (via ecf)
        Plaintiff Pro Se
        19 West 110th Street, #45
        New York, New York 10027
        (646) 713-8285
        bpford1@gmail.com

*Defendants' request is granted. Defendants shall file their motion to dismiss by April 20, 2021. Plaintiff's opposition is due May 20, 2021, and Defendants' reply is due June 3, 2021.*

SO ORDERED.

Date: April 2, 2021
New York, New York

JOHN P. CRONAN
United States District Judge