

|  |  |  |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Nicholas Green<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2445<br>nigreen@law.nyc.gov |

April 19, 2021

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

        Re:   Brian Ford v. The New York City Board of Education, et al.
              Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Cronan:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for Defendants in the above referenced action. Defendants write to respectfully request a one week extension of time to file Defendants' motion to dismiss from April 20 to April 27, 2021. This is Defendants' second request of an extension of time to file their motion, and Defendants have made repeated efforts to contact Plaintiff on April 16, 2021 and April 19, 2021 but have received no response. Defendants propose an updated briefing schedule in which Plaintiff's opposition to Defendants' motion is to be filed by May 27, 2021 and Defendant's reply is to be filed by June 10, 2021.

       Defendants require this brief extension to permit my supervisor and our client to complete their review of Defendants' motion papers, and finalize the same. Accordingly, Defendants respectfully request that their time to file Defendants' motion to dismiss be extended from April 20 to April 27, 2021.

       Thank you for your consideration of this request.

                                                           Respectfully submitted,

                                                           */s/ Nicholas Green*
                                                            Nicholas Green
                                                            Assistant Corporation Counsel

- 2 -

cc:  Brian Ford (via ecf)
     Plaintiff Pro Se
     19 West 110th Street, #45
     New York, New York 10027
     (646) 713-8285
     bpford1@gmail.com

Defendants' request is granted.  Defendants shall file their motion to dismiss by April 27, 2021.  Plaintiff's opposition is due by May 27, 2021, and Defendants' reply is due by June 10, 2021.

SO ORDERED.

Date: April 19, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge