UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X

BRIAN FORD,

                                        Plaintiff,

                -against-

THE NEW YORK CITY BOARD OF
EDUCATION (a/k/a the Department of Education)
Carmen Farina in her official capacity as
Chancellor,

                                        Defendants.
----------------------------------------------------------------------- X

**NOTICE OF DEFENDANTS'
MOTION TO DISMISS THE
THIRD AMENDED
COMPLAINT**

No. 19 Civ. 6327 (JPC)(KHP)

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Third Amended Complaint, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable John P. Cronan, on a date and time to be decided by the Court, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure to dismiss the Third Amended Complaint on the basis that this Court lacks jurisdiction over Plaintiff's National Labor Relation Act claims, and Plaintiff otherwise fail to state a plausible claim, and granting such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's April 19,

2021 order, Plaintiff shall serve and file any opposing affidavits and answering memoranda of

law on or before May 27, 2021 and Defendant shall serve and file any reply affidavits and

memoranda of law on or before June 10, 2021.

Date:       New York, New York
           April 27, 2021

                                     **JAMES E. JOHNSON**
                                     Corporation Counsel of the
                                       City of New York
                                     Attorney for Defendants
                                     100 Church Street, Room 2-176
                                     New York, New York 10007
                                     (212) 356-2445
                                     nigreen@law.nyc.gov

                   By:     /s/ *Nicholas Green*
                                       Nicholas Green
                                       Assistant Corporation Counsel

TO:    Brian Ford (By ECF)
        Plaintiff Pro Se
        19 West 110th Street, #45
        New York, New York 10027
        (646) 713-8285
        bpford1@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FORD,

Plaintiff,

-against-

THE NEW YORK CITY BOARD OF
EDUCATION (a/k/a the Department of
Education) Carmen Farina in her official
capacity as Chancellor,

Defendants.

**NOTICE OF DEFENDANTS' MOTION TO
DISMISS THE THIRD AMENDED
COMPLAINT**

***JAMES E. JOHNSON***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street - Room 2-176*
*New York, NY 10007*

*Of Counsel: Nicholas Green*
*Tel: (212) 356-2445*
*Matter No.: 2020-026533*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 2021*

*................................................................................. Esq.*

*Attorney for .......................................................................*