Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRIAN FORD,

         Plaintiff,

– v –

THE NEW YORK CITY BOARD OF EDUCATION
(a/k/a the Department of Education) and CARMEN
FARIÑA, in her official capacity as Chancellor,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 19-CV-6327-JPC-KHP

   I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, New York City Department of Education and Carmen Fariña, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

   The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 24. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on December 7, 2020. *See* ECF No. 34. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent the defendants in this matter.

   Defendants, through counsel, have filed a pre-answer motion to dismiss Plaintiff's complaint. *See* ECF No. 55. The termination of my appearance will not affect the posture of

this action before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
      May 4, 2021

EPSTEIN BECKER & GREEN, P.C.

By: /s/_____
Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

**SO ORDERED**

Dated: May  5 , 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge
**05/05/2021**