

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Nicholas Green**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2445<br>nigreen@law.nyc.gov |
|---|---|---|

September 28, 2021

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

        Re:    <u>Brian Ford v. The New York City Board of Education, et al.</u>
                Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Cronan:

        I am an Assistant Corporation Counsel in the office of Georgia Pestana, Corporation Counsel of the City of New York, counsel for Defendants in the above referenced action. Defendants write to respectfully request a three week extension of time to file Defendants' motion to dismiss from September 30, 2021 to October 21, 2021. This is Defendants' first request of an extension of time to file this motion, and Plaintiff has consented to this request. The parties propose an updated briefing schedule in which Plaintiff's opposition to Defendants motion is to be filed by November 22, 2021 and Defendants reply is to be filed by December 6, 2021.

        This extension is necessary to allow Defendants adequate time to review and respond to the operative complaint in light of ongoing obligations of counsel for Defendants in other matters.

        Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  */s/ Nicholas Green*
                                                  Nicholas Green
                                                  Assistant Corporation Counsel

cc:    STEWART LEE KARLIN LAW GROUP, P.C.
        Attorneys For Plaintiff
        111 John Street, 22nd Floor
        New York, NY 10038
        slk@stewartkarlin.com
        Att: Stewart L. Karlin, Esq.

Defendants shall file their motion to dismiss by October 21, 2021. Plaintiff shall file their opposition by November 22, 2021, and defendants reply shall be filed by December 6, 2021.

SO ORDERED.
Date: October 5, 2021
New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge