UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

BRIAN FORD,

                                                   Plaintiff,

-against-

THE NEW YORK CITY BOARD OF EDUCATION (a/k/a the Department of Education) Carmen Farina in her official capacity as Chancellor,

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

No. 19 Civ. 6327 (JPC)(KHP)

                                                   Defendants.
------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the Fourth Amended Complaint, and the October 28, 2021 Declaration of Nicholas Green, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable John P. Cronan, on a date and time to be decided by the Court, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure to dismiss the Fourth Amended Complaint on the basis that Plaintiff's rehabilitation act claim is barred by collateral estoppel, and that Plaintiff otherwise fails to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall serve and file any opposing affidavits and answering memoranda of law on or before November 29, 2021 and Defendant shall serve and file any reply affidavits and memoranda of law on or before December 13, 2021.

Date: New York, New York
   October 28, 2021

             **GEORGIA M. PESTANA**
             Corporation Counsel of the
              City of New York
             Attorney for Defendants
             100 Church Street, Room 2-176
             New York, New York 10007
             (212) 356-2445
             nigreen@law.nyc.gov

        By: /s/ *Nicholas Green*
           Nicholas Green
           Assistant Corporation Counsel

TO: STEWART LEE KARLIN LAW GROUP, P.C.
   Attorneys For Plaintiff
   111 John Street, 22nd Floor
   New York, NY 10038
   slk@stewartkarlin.com
   att: Stewart L. Karlin, Esq.

No. 19 Civ. 6327 (JPC)(KHP)

| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

BRIAN FORD,

                                   Plaintiff,

-against-

THE NEW YORK CITY BOARD OF EDUCATION (a/k/a the Department of Education) Carmen Farina in her official capacity as Chancellor,

                                  Defendants.

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

*GEORGIA M. PESTANA*
*Corporation Counsel of the City of New York*
    *Attorney for Defendants*
    *100 Church Street - Room 2-176*
    *New York, NY 10007*

    *Of Counsel: Nicholas Green*
    *Tel: (212) 356-2445*
    *Matter No.: 2020-026533*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 2021*

*................................................................................ Esq.*

*Attorney for .........................................................................*