```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BRIAN FORD

                           Plaintiff,　　　　　　　　　　　　　**19-CV-6327 (JPC) (KHP)**

      -against-　　　　　　　　　　　　　　　　　　**ORDER**

THE NEW YORK CITY BOARD OF EDUCATION
(a/k/a THE DEPARTMENT OF EDUCATION,

                           Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference is hereby scheduled for **Monday, June 27, 2022 at 11:00 a.m.** The Parties are directed to call into the court's AT&T conference line at the scheduled time. **Please dial (866) 434-5269, Access Code: 4858267.**

SO ORDERED.

Dated: New York, New York
April 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge