

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: **06/22/2022**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

# MEMO ENDORSED

Labor & Employment Law Division
(212) 356-2445
nigreen@law.nyc.gov

June 21, 2022

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Case Management Conference scheduled for Monday, June 27, 2022 at 11:00 a.m. is hereby rescheduled to <u>Thursday, July 21, 2022 at 12:30 p.m.</u> The Parties are directed to call into the court's AT&T conference line at the scheduled time. Please dial (866) 434-5269, Access Code: 4858267
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 06/22/2022

Re:   <u>Brian Ford v. The New York City Board of Education, et al.</u>
Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for Defendant in the above-referenced action. Defendant writes to respectfully request an adjournment of the case management conference in this matter from June 27, 2022 to July 11, 2022 or a date more convenient for the Court. This is Defendant's first request for an adjournment of this conference, and Plaintiff has consented to this request.

Counsel for Defendant requests this extension in order to resolve a conflict between the upcoming conference in this matter and a hearing scheduled in the Southern District of New York in the matter of <u>Gulino et al., v. Board of Education</u>, 96-cv-8414 (KMW) at the same time.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Nicholas Green*
Nicholas Green
Assistant Corporation Counsel

cc:   STEWART LEE KARLIN LAW GROUP, P.C.
Attorneys For Plaintiff
111 John Street, 22nd Floor
New York, NY 10038
slk@stewartkarlin.com
Att: Stewart L. Karlin, Esq.