```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN FORD,

                                Plaintiff,                        **19-CV-6327 (JPC) (KHP)**

       -against-                                    **ORDER SCHEDULING SETTLEMENT
CONFERENCE**

The New York City Board of Education,

                                Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A settlement conference in this matter is scheduled for **Monday, December 12, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 5, 2022 by 5:00 p.m.**

     **The parties are directed to file a status letter with the court by November 2, 2022.**

        SO ORDERED.

DATED:     New York, New York
               October 3, 2022

                                                      *[signature: Katharine H. Parker]*
                                                          KATHARINE H. PARKER
                                                         United States Magistrate Judge