

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Nicholas Green**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2445
nigreen@law.nyc.gov

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

November 1, 2022

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

      Re: <u>Brian Ford v. The New York City Board of Education,</u>
           Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for Defendant the New York City Department of Education in the above-referenced action. I write jointly with counsel for Plaintiff to provide a status update in this matter in accordance with this Court's October 3, 2022 order. <u>See</u> ECF DKT No. 96.

      At this time the parties continue to be engaged in paper discovery. Both Plaintiff and Defendant anticipate providing discovery responses by November 7, 2022. The parties anticipate completing paper discovery by the end of November and moving forward with depositions at that time.

                                            Respectfully submitted,

                                            */s/ Nicholas Green*
                                            Nicholas Green
                                            Assistant Corporation Counsel

cc:    STEWART LEE KARLIN LAW GROUP, P.C.
        Attorneys For Plaintiff
        111 John Street, 22nd Floor
        New York, NY 10038
        slk@stewartkarlin.com
        Att: Stewart L. Karlin, Esq.