

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2022
```

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Nicholas Green**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2445<br>nigreen@law.nyc.gov |

December 2, 2022

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

# MEMO ENDORSED

Re: Brian Ford v. The New York City Board of Education,
Docket No. 19 Civ. 6327 (JPC)(KHP)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for Defendant the New York City Department of Education in the above-referenced action. I write to request an adjournment of the settlement conference currently scheduled for December 12, 2022 to December 19, 2022, or a date more convenient for the Court, and additionally to request a thirty day extension of the deadline to complete fact discovery from December 30, 2022 to January 30, 2023. Plaintiff has consented to both of these requests, and this is Defendant's first request for an adjournment and extension respectively. The parties do not anticipate the extension of discovery affecting any other deadlines in this matter.

Defendant requests this brief adjournment of the scheduled settlement conference in order to have sufficient time to respond to Plaintiff's demand in light of delays caused by the holiday season. Additionally, Defendant requests an extension of discovery in order to allow Defendant additional time to produce electronic discovery and the parties to schedule depositions following that production.

Thank you for your consideration of these requests.

Respectfully submitted,

*/s/ Nicholas Green*
Nicholas Green
Assistant Corporation Counsel

cc: Stewart L. Karlin (By ECF)

**APPLICATION GRANTED:** Fact Discovery deadline is hereby extended to January 30, 2023.
The Settlement Conference in this matter scheduled for Monday, December 12, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, February 21, 2023 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than February 14, 2023 by 5:00 p.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

12/2/2022