USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN FORD,

                                  Plaintiff,

         -against-

The New York City Board of Education,

                                Defendant.
-----------------------------------------------------------------X

19-CV-6327 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the January 17, 2023 case management conference, the deadlines for the fact discovery deadline and expert discovery deadline are extended to **March 31, 2023**.

      SO ORDERED.

DATED:     New York, New York
                 January 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge