```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN FORD,

                     Plaintiff,

     -against-

The New York City Board of Education,

                     Defendant.
----------------------------------------------------------------X

19-CV-6327 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed in the May 17, 2023 case management conference, the deadlines for the fact discovery deadline is extended to **July 10, 2023**.

     **By July 10, 2023**, the parties shall file a joint status letter with the Court.

     SO ORDERED.

DATED:    New York, New York
              May 18, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge