USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/8/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN FORD,

                     Plaintiff,

       -against-

The New York City Board of Education,

                    Defendant.
-----------------------------------------------------------------X

19-CV-6327 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the August 8, 2023 case management conference, the parties shall file a joint status letter by **August 31, 2023**, including whether the parties believe a second settlement conference would be productive.

      **SO ORDERED.**

DATED:    New York, New York
               August 8, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge