```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BRIAN FORD,                                                            :
                                                                       :
                            Plaintiff,                                 :
                                                                       :     19 Civ. 6327 (JPC) (KHP)
             -v-                                                       :
                                                                       :            ORDER
THE NEW YORK CITY BOARD OF EDUCATION,                                  :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Any pending conferences and deadlines are adjourned *sine die*. By November 9, 2023, the parties shall file any dismissal paperwork or a joint status letter explaining the status of settlement.

SO ORDERED.

Dated: October 10, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge