UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

BRIAN FORD,

                                           Plaintiff,

            -against-

THE NEW YORK CITY BOARD OF EDUCATION
(a/k/a the Department of Education) Carmen Farina in
her official capacity as Chancellor,

                                           Defendants.

------------------------------------------------------------------- X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

19 Civ. 06327 (JPC) (KHP)

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice and without costs, expenses, or fees of any kind to any party.

Dated: New York, New York
       October 19, 2023

**STEWART LEE KARLIN**
Attorney for Plaintiff
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670

By: _____
      Stewart Lee Karlin

Dated: New York, New York
       October 20, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, 2nd Floor
New York, New York 10007-2601
(212) 356-2507
LaSilver@law.nyc.gov

By: _____
      Lauren F. Silver
      Assistant Corporation Counsel

SO ORDERED. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.
Date: November 8, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge